DAVID S. BRISTOL, ESQ., CSBN 163032
LAW OFFICES OF DAVID S. BRISTOL
462 STEVENS AVENUE, SUITE 102
SOLANA BEACH, CALIFORNIA 92075
Telephone Number (858) 792-1112
Facsimile Number (858) 792-1114

TRACY R. RICHMOND, ESQ., CSBN 87088
WORDEN WILLIAMS, APC
462 STEVENS AVENUE, SUITE 102
SOLANA BEACH, CALIFORNIA 92075
Telephone Number (858) 755-6604
Facsimile Number (858) 755-5198

Attorneys for Plaintiff, MRC GOLF, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| MRC GOLF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HIPPO GOLF COMPANY, INC. <br><br> Defendant. | CASE NO.  09 CV 0327 L (RBB) <br><br> JOINT STATEMENT OF UNDISPUTED FACTS <br><br> Hon. J. James Lorenz <br> Court Room:  14 <br><br> Complaint Filed:  February 19, 2009 |

Plaintiff MRC GOLF, INC. ("MRC") and Defendant HIPPO GOLF COMPANY, INC. ("Hippo") in the above-referenced matter hereby submit the following Joint Statement of Undisputed Facts with respect to the pending Motion for Summary Judgment or in the Alternative for Summary Adjudication of Claims.  The following facts are admitted by both parties and require no proof:

The Court has jurisdiction of the subject matter and all parties in this case.  MRC is a corporation organized and doing business under the laws of California.  It is a wholly owned subsidiary of Mitsubishi Rayon Company, Ltd. and is authorized to use, enforce and defend the

"Mitsubishi Rayon" trade name and designs. HIPPO is a corporation organized and doing business under the laws of California.

This Court has jurisdiction and venue of the subject action pursuant to the Lanham Act and has supplemental jurisdiction over the state law claims. This Court has personal jurisdiction over HIPPO and it is the proper venue for this action. MRC has for more than 10 years engaged in interstate and world-wide manufacture and sale of Mitsubishi Rayon golf shafts. MRC is the sole authorized seller of these golf shafts, and HIPPO has no right to sell this product.

HIPPO was supplied from a third party vendor golf shafts that bore the words "Mitsubishi Rayon" as that name appears on MRC's golf club shafts. The first supply was shipped to HIPPO in 2007. HIPPO created advertising materials including product catalogs for the years 2007 and 2008 representing to the public that it had obtained special "Mitsubishi Rayon" proprietary golf shafts for sale to the public. HIPPO's golf clubs have never been made of "Mitsubishi Rayon" material.

HIPPO sold at least 20,501 golf clubs with the name "Mitsubishi Rayon" on them during the years of 2007, 2008 and 2009. The total sales income generated from those sales was $1,321,535. HIPPO has withheld payment of $450,000 to the manufacturer of its golf clubs bearing the "Mitsubishi Rayon" trade name on the HIPPO product.

Respectfully submitted,

DATED: June 30, 2010                    GASTON & GASTON, APLC


s/ David L. Skilling
Attorney for Defendant Hippo Golf Company, Inc.
dls@gastonandgaston.com


DATED: June 30, 2010                    THE LAW OFFICES OF DAVID S. BRISTOL


s/ David S. Bristol
Attorney for Plaintiff, MRC GOLF, INC.
dsbristol@bristol-law.com

| | | |
|---|---|---|
| 1 | DATED: June 30, 2010 | WORDEN WILLIAMS, APC |
| 2 | | |
| 3 | | s/ Tracy R. Richmond |
| | | Attorney for Plaintiff, MRC GOLF, INC. |
| 4 | | trr@wordenwilliams.com |

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David L. Skilling, Esq., counsel for Hippo Golf Company, Inc. and that I have obtained Mr. Skilling's authorization to affix his electronic signature to this document.